IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO J. DOCTOR,
    Plaintiff,

v.                                                Case No. 3:11cv226/MCR/CJK

ARNP NICHOLS,
    Defendant.

_____

## REPORT AND RECOMMENDATION

This civil rights case is before the court upon plaintiff's motion to dismiss. (Doc. 22).  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion to dismiss (doc. 22) be GRANTED, and this cause DISMISSED WITHOUT PREJUDICE.

2. That all other pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

At Pensacola, Florida, this 1st day of November, 2011.

                                      */s/ Charles J. Kahn, Jr.*
                                      CHARLES J. KAHN, JR.
                                      UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).