# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ARMANDO J. DOCTOR,

    Plaintiff,

v.                                           Case No.   3:11cv226/MCR/CJK

ARNP NICHOLS,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 1, 2011.  (Doc. 23).  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)(B).  No objections have been filed.

Having considered the Report and Recommendation and the record, the court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 23) is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion to dismiss (doc. 22) is GRANTED, and this cause is DISMISSED WITHOUT PREJUDICE.

    3.    All other pending motions are DENIED as moot.

    4.    The clerk is directed to close the file.

DONE AND ORDERED this 5th day of December, 2011.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**